## Odis JACKSON, Petitioner,

v.

## RAILROAD RETIREMENT BOARD, Respondent.

### No. 03–1367.

United States Court of Appeals, Eighth Circuit.

Submitted Sept. 3, 2003.

Decided Sept. 29, 2003.

Odis Jackson, Little Rock, AR, for Petitioner.

Steven A. Bartholow, Karl Blank, Marguerite P. Dadabo, U.S. Railroad Retirement Board, Chicago, IL, for Respondent.

Before RILEY, HANSEN, and SMITH, Circuit Judges.

PER CURIAM.

Odis Jackson petitions for review of the Railroad Retirement Board's (Board's) final decision denying his application for an annuity increase. Having carefully reviewed the record, *see Worms v. Railroad Retirement Bd.*, 255 F.3d 502, 505 (8th Cir.2001) (standard of review), we affirm. Jackson has identified no legal authority— and we have found none—to support his position that he is entitled to an annuity increase based on his minor grandson retroactive to February 1993. Accordingly, we affirm the decision of the Board. *See* 8th Cir. R. 47B.